# Third District Court of Appeal

## State of Florida

Opinion filed October 19, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D22-0414
Lower Tribunal No.  16-16002
_____

**Eliezer Tabib,**
Appellant,

vs.

**The Sports Channel Ltd., et al.,**
Appellees.

An Appeal from a non-final order from the Circuit Court for Miami-Dade County, Mark Blumstein, Judge.

AXS Law Group, PLLC, and Courtney Caprio, for appellant.

Gelber Schachter & Greenberg, P.A., and Gerald E. Greenberg and Andrew T. Figueroa, for appellees.

Before LINDSEY, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed.  <u>Kinney Sys., Inc. v. Cont'l Ins. Co.</u>, 674 So. 2d 86, 93–94 (Fla. 1996) (adopting federal forum non conveniens analysis, remanding to district court to "determine whether the trial court properly applied the federal doctrine as outlined here," and explaining that this standard shall apply to all future proceedings); <u>see</u> <u>also</u> <u>Sports Channel Ltd. v. Tabib</u>, 323 So. 3d 336, 337 (Fla. 3d DCA 2021) (affirming in part and reversing in part and remanding to permit the trial court to conduct the <u>Kinney</u> analysis).